### I. & G. N. R. R. Co. v. W. T. Grant.

(No. 1091, Op. Book No. 2, p. 354.)

APPEAL from Montgomery County. Opinion by WHITE, P. J.

§ **783.** *Appeal bond; need not be signed by appellant.* The statute does not require that the appellant shall sign the appeal bond. The execution of the bond by the sure-

ties is sufficient, the principal being as effectually bound by the judgment without signing the bond as he could have been by it. [Shelton v. Wade, 4 Tex. 148; Lindsay v. Price, 33 Tex. 280.]

§ 784. *Jurisdiction; counterclaim.* Where the counterclaim pleaded by the defendant in a suit before a justice of the peace was for more than $100, it was held on appeal that the counterclaim was the amount in controversy, and conferred jurisdiction. The appeal from the justice's to the county court was improperly dismissed.

February 26, 1881.          Reversed and remanded.